UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-34781 JHW

Debtor: Lela S. Collier

| Check Number | Creditor | Amount |
|---|---|---|
| 1679639 | New Jersey Housing & Mortgage | 2,012.80 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 12, 2010