UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number 08-34781 JHW

Debtor: Lela S. Collier

| Check Number | Creditor | Amount |
|---|---|---|
| 1690719 | New Jersey Housing & Mortgage | 1,293.69 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2010